# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUNBELT INNOVATIVE PLASTICS, LLC

VERSUS

VELVET PINES DEVELOPERS, LLC

NO. 2024 CW 0178

APRIL 4, 2024

---

In Re:   Velvet Pines Developers, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202310715.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT GRANTED.**   The judgment of the trial court denying the motion to dissolve the writ of sequestration filed by defendant, Velvet Pines Developers, LLC, is reversed and the motion to dissolve the writ of sequestration is granted. A writ of sequestration shall issue only when the nature of the claim and the amount thereof, if any, and the grounds relied upon for the issuance of the writ clearly appear from specific facts shown by a verified petition or separate affidavit of the petitioner, his counsel, or an agent.   La. Code Civ. P. art. 3501.   The trial court erred in finding plaintiff, Sunbelt Innovative Plastics, LLC, met its burden of proof that defendant was in possession of the amount seized.   La. Code Civ. P. art. 3571.

EW

TPS

**Welch, J.,** concurs.   In addition, the trial court erred in allowing plaintiff, Sunbelt Innovative Plastics, LLC, to amend its writ of sequestration to cure a deficiency with the amount to be seized after defendant filed a motion to dissolve the writ of sequestration.   See **Hancock Bank v. Alexander**, 237 So.2d 669, 672 (La. 1970).

COURT OF APPEAL, FIRST CIRCUIT

A.Cal

---
DEPUTY CLERK OF COURT
FOR THE COURT